KENNETH PORTER *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth Porter's petition for certification for appeal from the Appellate Court, 99 Conn. App. 77 (AC 26695), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the petitioner's appeal?"

The Supreme Court docket number is SC 17847.

*Robert J. McKay,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided February 28, 2007

ERROL DUNKLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Errol Dunkley's petition for certification for appeal from the Appellate Court, 99 Conn. App. 161 (AC 26876/AC 27177), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Anthony E. Parent,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided February 28, 2007